IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KATHLEEN FISCHER, Defendant. | 8:10CR201 **JUDGMENT** |

Pursuant to the Memorandum and Order entered this date, judgment is entered in favor of the plaintiff and against the defendant.

Dated this 18th day of May, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge