IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KATHLEEN FISCHER,

Defendant.

8:10CR201

ORDER

This matter is before the Court following this Court's stay, Filing No. 131, until such time as defendant could exhaust her administrative remedies before the Bureau of Prison. Defendant has now exhausted such remedies.  Filing No. 134.  The defendant requests the Court grant her compassionate release due to the COVID-19 pandemic.

Accordingly, the Court hereby orders the government to file a brief outlining its position in this case within seven days of this Order.  Likewise, the Court orders the United States Probation Office to review defendant's request for compassionate release, Filing Nos. 130, and 134 and 135, and advise the Court within ten (10) days from the date of this Order as to its recommendation.

SO ORDERED.

Dated this 21st day of July, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge